JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BEACHBODY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ULTIMATE SUPPLY COMPANY, et al.,<br><br>    Defendants. | Case No.: 8:17-cv-00420-JLS (DFMx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS ULTIMATE SUPPLY COMPANY AND THAI DUC VU AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**<br><br>**Honorable Josephine L. Staton** |

    Pursuant to the Stipulation for Entry of Permanent Injunction against Defendants Ultimate Supply Company and Thai Duc Vu ("Defendants"), by and between Plaintiff Beachbody, LLC ("Plaintiff") and Defendants, the Court hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants in the above-referenced matter as follows:

    1.    **PERMANENT INJUNCTION.** Pursuant to 15 United States Code ("U.S.C.") §1116, Defendants are hereby restrained and enjoined from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    i. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X3®, INSANITY®, FOCUS T25®, 21 DAY FIX® and/or PIYO® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's BEACHBODY®, P90X3®, INSANITY®, FOCUS T25®, 21 DAY FIX® and/or PIYO® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    ii. performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's BEACHBODY®, P90X3®, INSANITY®, FOCUS T25®, 21 DAY FIX® and/or PIYO® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

    iii. engaging in any acts of trademark infringement, copyright infringement, false designation of origin, dilution, unfair competition, or other act which would tend damage or injure Plaintiff; and/or

    iv. using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the BEACHBODY®, P90X3®, INSANITY®, FOCUS T25®, 21 DAY FIX® and/or PIYO® marks or works.

  2. **FORFEITURE.** Defendants are ordered to deliver to Plaintiff immediately for destruction all counterfeit BEACHBODY®-branded exercise kits and DVDs in their possession, custody or control, including but not limited to P90X3®, INSANITY®, FOCUS T25®, 21 DAY FIX® and/or PIYO® exercise kits

1 | and DVDs, to the extent that any of these items are in Defendants' possession, custody or control.

3. **ENTRY AND SERVICE.** The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court. Plaintiff is hereby ordered to serve Defendants with a copy of this Permanent Injunction within five (5) calendar days of entry.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

5. **NO FEES AND COSTS.** Each party shall bear their own attorneys' fees and costs incurred in this matter.

6. **DISMISSAL.** Upon entry of this Permanent Injunction against Defendants this case is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED on this

DATE: May 26, 2017

_____
HON. JOSEPHINE L. STATON
United States District Judge